AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>__Elisabeth Kimmel__<br>*Defendant* | )<br>)<br>) Case No. 1:19-mj-6087-MPK<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: __3/29/19__

__Elisabeth M. Kimmel__
*Defendant's signature*

__[signature]__
*Signature of defendant's attorney*

__Eoin P. Beirne__
*Printed name and bar number of defendant's attorney*

__Mintz Levin, One Financial Ctr. Boston, MA 02111__
*Address of defendant's attorney*

__ebeirne@mintz.com__
*E-mail address of defendant's attorney*

__(617) 348-1707__
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*